JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| AARON WATSON, ) | No. ED CV 13-00139-ABC (VBK) |
| ) | |
| Petitioner, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| JOHN McMAHON, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

    Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

    **IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: August 21, 2013

                                                      AUDREY B. COLLINS
                                                      UNITED STATES DISTRICT JUDGE